UNITED STATES of America,
Plaintiff–Appellee,

v.

Clifton Anthony GRANT, a/k/a Cliff,
Defendant–Appellant.

No. 01–7008.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

Clifton Anthony Grant, pro se. Michael Edward Rich, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Clifton Anthony Grant appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Grant,* Nos. CR–99–292-A; CA–01–107-A (E.D. Va. filed Feb. 9, 2001; entered Feb. 12, 2001 & May 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*